JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | CV 16-03044-TJH(PLAx) | Date | OCTOBER 7, 2016 |
|---|---|---|---|

| Title | MICHAEL FLAKER v. VERENGO, INC., |
|---|---|

Present: The Honorable  TERRY HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   IN CHAMBERS - ORDER AND NOTICE TO ALL PARTIES
re: Notice of filing Bankruptcy as to Defendant.**

In light of the Automatic Bankruptcy Stay now in effect in the above mentioned cause of action, the Court hereby ORDERS this case administratively closed, without prejudice, pending the resolution of defendant's bankruptcy proceedings or the lifting of an automatic stay, if any.

Plaintiff may notify this Court in writing if a change in circumstances warrants the reopening of this matter and the placement of this case back on active status.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.  All pending motions are hereby vacated.

**IT IS SO ORDERED.**

cc: all parties

CV-90                            **CIVIL MINUTES - GENERAL**    Initials of Deputy Clerk YS